Order entered January 16, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00724-CR

**ROBERT JOE KIMBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55104-T**

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's brief.  We

**ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/     LANA MYERS
        JUSTICE